# MATRIX OF CREDITORS

**Debtor: Crockett Pathways, LLC**

Alan Choi
289 Waterford Way
Montgomery, Texas 77356

Houston County Tax Assessor's Office
401 E Goliad Ave
Crockett, Texas 75835

Judy B. Reed
359 Augustine Dr
Chico, California 95928

Michael H. Lee
289 Waterford Way
Montgomery, Texas 77356

Wild Frontiers LLC
1500 S. Dairy Ashford Rd
Houston, Texas 77077

William Barrera
289 Waterford Way
Montgomery, Texas 77356